IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS GOSSETT,** | ) |
| Plaintiff, | ) |
| | ) 2:06cv1583 |
| v. | ) **Electronic Filing** |
| | ) |
| **NOVA CHEMICAL, INC.** | ) Judge Cercone |
| | ) Magistrate Judge Mitchell |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this 31st day of March, 2007, after the plaintiff, Dennis Gossett, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant, NOVA Chemical, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 7), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that defendant's motion to dismiss (Document No. 3) is DENIED.

David Stewart Cercone
United States District Judge

cc:   Honorable Robert C. Mitchell
United States Magistrate Judge

John David Newborg, Esquire
428 Forbes Avenue
Suite 220
Pittsburgh, PA 15219

John J. Myers, Esquire
Eckert Seamans Cherin & Mellott
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219